## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

CARLOS ROBERTO ARAGON ARIAS          CASE NO.  1:26-CV-00703 SEC P

VERSUS                               JUDGE EDWARDS

PAM BONDI ET AL                      MAG. JUDGE PEREZ-MONTES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, no objection thereto having been filed, and finding that the recommendation is correct under applicable law,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE in Chambers on this 31st day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE